| Date | Pleading Number | |
|---|---|---|
| 5/5/76 | 1. | MOTION & SUPPORTING MEMORANDUM -- Def. U.S. Industries, Inc. and Capital Wire & Cable Corp. -- A-1 thru A-3 involving U.S. Ltrs. Patent Nos. 3,862,351; 3,740,451; RE. 28,489; 3,873,759, and 3,701,451 re: molded electrical junction boxes. Schedule A and certificate of service on all parties and involved district courts attached. REQUESTED TRANSFEREE FORUM: E.D. NEW YORK |
| 5/13/76 | | APPEARANCES -- Albert E. Fey for Nelco Corporation<br>John A. Diaz for Slater Electric Inc. & Herbert Slater<br>William D. Harris for U. S. Industries, Inc. and Capital Wire & Cable Corporation<br>(No appearance to date for U. S. Electrical Supply, Inc. -- business address of 1272 Security Drive, Dallas, Texas included on PASL w/request for counsels' assistance.) |
| 5/14/76 | | APPEARANCES -- John K. DeLay, Jr. designating Albert E. Fey for Nelco Corp |
| 5/18/76 | | APPEARANCE -- John A. Diaz for U. S. Electrical Supply, Inc. |
| 5/20/76 | 2 | RESPONSE -- NELCO CORP. w/brief & cert. of service |
| 5/24/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing June 25, 1976, Boston, Massachusetts |
| 5/28/76 | 3 | RESPONSE -- U. S. INDUSTRIES, INC AND CAPITAL WIRE & CABLE CORP. w/cert. of service |
| 7/15/76 | 4 | SUPPLEMENTAL RESPONSE -- U. S. INDUSTRIES AND CAPITAL WIRE & CABLE CORP. w/cert. of service |
| 12/23/76 | | ORDER -- DENYING TRANSFER OF LITIGATION |

MD, December 23, 1976
DOCKET NO. 256 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE NELCO PATENT LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 6/25/76

Date(s) of Opinion(s) or Order(s) 12/23/76

Consolidation Ordered ____    Name of Transferee Judge ____

Consolidation Denied xx       Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Nelco Corpration v. U. S. Industries, Inc., et al. | E.D.Tex. Justice | S-75-97-CA | | | | |
| A-2 | Nelco Corporation v. Slater Electric, Inc., et al. | E.D.N.Y. Bramwell | 73-C-1431-HB | | | | |
| A-3 | Nelco Corporation v. Slater Electric, Inc., et al. | E.D.N.Y. Bramwell | 75-C-1175-HB | | | | |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 256 -- IN RE NELCO PATENT LITIGATION

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| U. S. INDUSTRIES, INC.<br>CAPITAL WIRE & CABLE CORPORATION<br>William D. Harris, Jr., Esquire<br>Richards, Harris & Medlock<br>2420 Republic National Bank Tower<br>Dallas, Texas  75201<br><br>NELCO CORPORATION<br>Albert E. Fey, Esquire<br>Fish & Neave<br>277 Park Avenue<br>New York, New York  10017<br><br>U. S. ELECTRICAL SUPPLY, INC.<br>SLATER ELECTRIC INC.<br>HERBERT SLATER<br>John A. Diaz, Esquire<br>Morgan, Finnegan, Pine, Foley & Lee<br>345 Park Avenue<br>New York, New York  10022<br><br>~~U. S. ELECTRICAL SUPPLY, INC.<br>1272 Security Drive<br>Dallas, Texas~~ | |