JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 23 1976

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 256

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NELCO PATENT LITIGATION

ORDER DENYING
MOTION AS MOOT

It appearing that by order dated November 8, 1976, a consent judgment was entered in the action pending in the Eastern District of Texas and listed on the attached Schedule A,

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, to transfer the action pending in the Eastern District of Texas and listed on Schedule A to the Eastern District of New York for coordinated or consolidated pretrial proceedings with the two actions pending there and listed on Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

SCHEDULE A

MDL-256 -- IN RE NELCO PATENT LITIGATION

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Nelco Corporation v. U.S. Industries, Inc., et al. | Civil Action No. S-75-97-CA |

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nelco Corporation v. Slater Electric, Inc., et al. | Civil Action No. 73-C-1431-HB |
| Nelco Corporation v. Slater Electric, Inc., et al. | Civil Action No. 75-C-1175-HB |